# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DALE E. WALLACE,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL HASH,<br><br>        Defendant. | Cause No. CV 17-103-H-BMM<br><br>**ORDER** |

Upon review of the Plaintiff's Unopposed Motion to Amend Plaintiff's Witness List and for good cause shown, IT IS HEREBY ORDERED that the motion is granted. The Plaintiff is permitted to amend his witness list to reflect that Dr. Paul Sims and Dr. Clark Taylor are appearing by video.

DATED this 24th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court