UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DALE WALLACE,<br><br>               Plaintiff,<br><br>vs.<br><br>DANIEL HASH,<br><br>               Defendant. | CV-17-103-H-BMM<br><br>ORDER |

      IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

      DATED 30th day of June, 2020.

*[signature: Brian Morris]*

Brian Morris, Chief District Judge
United States District Court