UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DALE WALLACE,<br><br>      Plaintiff,<br><br>vs.<br><br>DANIEL HASH,<br><br>      Defendant. | Case No. CV-17-103-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Verdict Form rendered on July 1, 2020, Document No. 103.

  Dated this 23rd day of July, 2020.

           TYLER P. GILMAN, CLERK

           By: /s/ M. Stewart
           M. Stewart, Deputy Clerk